

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2018

No. 04-18-00446-CV

**IN RE PHOENIX SERVICES, LLC**; Pruitt's Fract Tanks, LLC; and Jose Jaime Jacquez

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
Rebeca C. Martinez, Justice[2]
Irene Rios, Justice

On July 3, 2018, relators filed a petition for writ of mandamus and a motion for temporary relief. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court **no later than July 27, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for temporary relief is GRANTED. The trial court's August 20, 2018 trial date is STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on July 11, 2018.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of the Court

---

[1] This proceeding arises out of Cause No. 17-01-33870-MCV, styled *Fernando Martinez and Jose Javier Cisneros v. Phoenix Services, LLC,, et al.*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Gloria Saldana presiding.

[2] Justice Martinez would vote to deny the petition.